IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| Eli Charfauros Quintanilla<br>Plaintiff<br><br>vs.<br><br>The Pacific Star Hotel,<br>&<br>Atty. Jay Ariolla,<br>Respondents | New case no. # CV- 22-00016<br>Superior Case no. # CF0544-17<br><br>REQUEST FOR SUMMONS/NOTICE<br>TO DEFENDANTS |

Comes now the Plaintiff for the aforementioned case no.'s requesting for summons/notice to said defendants listed. As required persuant to local proceedure for new civil files. Filed pro se with the fact of incarceration persuant to judgement/order civil claim is being made from

Dated: 07/13/2022

_____
Eli Charfauros Quintanilla
P.O. Box 3236 Hagatna
Guam 96932 (671) 7343981

FILED
DISTRICT COURT OF GUAM
JUL 18 2022
JEANNE G. QUINATA
CLERK OF COURT