1
2
3
4
5
6
7

**THE DISTRICT COURT OF GUAM**

8

| | |
|---|---|
| ELI CHARFAUROS QUINTANILLA, | CIVIL CASE NO. 22-00016 |
| Plaintiff, | |
| vs. | **ORDER** |
| ATTORNEY JAY ARRIOLLA; and PACIFIC STAR HOTEL, | |
| Defendants. | |

9
10
11
12
13
14

15    Before the court is Plaintiff Eli Charfauros Quintanilla's Complaint. ECF No 1. For the

16    foregoing reasons, the court **DISMISSES** the Complaint

17    **I.    Discussion**

18    July 18, 2022, Plaintiff filed his *pro se* Complaint. ECF No. 1. Thereafter, Plaintiff filed a

19    Request for Summons, ECF No. 2, and an Application to Proceed without Prepayment of Fees,

20    ECF NO. 3. The court, having reviewed the pleadings, finds that they fail to comply with the

21    Federal Rules of Civil Procedure.

22    Plaintiff fails to state a claim upon which relief can be granted. Fed. R. Civ. P. 12(b)(6).

23    Plaintiff fails to identify any causes of actions, let alone delineate any causes of actions between

24    the two defendants. *See* Compl., ECF No. 1. Therefore, the court **DISMISSES** the Complaint

**WITHOUT PREJUDICE**.

## II.    Conclusion

For the aforementioned reasons, the court **DISMISSES** the Complaint **WITHOUT PREJUDICE**. Plaintiff has twenty-one (21) days from the date of this order to file an amended complaint. Failure to timely file an amended complaint shall result in automatic dismissal.

**SO ORDERED.**



**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Sep 12, 2022**